

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

October 27, 2006

Clerk, United District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

# FILED

NOV 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   Transfer to U.S. Magistrate Judge

Case No.  06-1761M

Case Title:  USA v. Lanika Mercedes Franklin

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☐ Other _____

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Celia Reed
     Deputy Clerk 213-894-3642

cc:  U.S. Attorney (Central District of California)
     U.S. Attorney (Receiving district)

Receipt of the above-described documents is acknowledged herewith and assigned case number: _____

_____.

Clerk, U.S. District Court

By _____

Date _____     Deputy Clerk

CR-48 (01/01)                    **LETTER RE:  RULE 40 - TRANSFER OUT**

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-01761-DUTY-ALL
#### Internal Use Only

CR 06-227-10

Case title: USA v. Franklin

Date Filed: 10/06/2006

Assigned to: Duty Magistrate Judge

**Defendant**

**Lanika Mercedes Franklin** (1)
*TERMINATED: 10/25/2006*

represented by **Michael V Schafler**
Federal Public Defender
321 East Second Street
Los Angeles, CA 90012-4202
213-894-2854
Email:
zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

I hereby attest and certify on OCT 3 0 2006 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____ Deputy

0109

**Pending Counts**                                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                        **Disposition**

21:846, 841, 853: CONSPIRACY TO
DISTRIBUTE AND POSSESS WITH
INTENT TO DISTRIBUTE ONE                    Defendant held to answer to the USDC,
KILOGRAM OR MORE OF                         District of Columbia at Washington, D.C.
PHENCYCLIDINE

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor

Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2006 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Lanika Mercedes Franklin, originating in the USDC, District of Columbia. Defendant charged in violation of: 21:846, 841, 853. Signed by agent Alan Lee, FBI, Special Agent. (ca, ) (Entered: 10/16/2006) |
| 10/06/2006 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Lanika Mercedes Franklin; defendants Year of Birth: 1986; date of arrest: 10/6/2006. (ca ) (Entered: 10/16/2006) |
| 10/06/2006 | | ***Defendant Lanika Mercedes Franklin Arrested. (ca) (Entered: 10/16/2006) |
| 10/06/2006 | 3 | Defendant Lanika Mercedes Franklin arrested on warrant issued by the USDC USDC, District of Columbia (ca ) (Entered: 10/16/2006) |
| 10/06/2006 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patrick J. Walsh as to Defendant Lanika Mercedes Franklin Defendant arraigned and states true name is as charged. Attorney: Michael V Schafler for Lanika Mercedes Franklin, DFPD, appointed. Court orders defendant temporarily detained. Court orders bail set as: Lanika Mercedes Franklin (1) $175,000 Appearance Bond, with affidavit with justification of surety dad's property; defendant shall submit to pretrial services; surrender all passports to the Clerk of Court, or sign declaration; travel is restricted to CD/CA and District of Columbia; reside as approved by Pretrial Services and do not relocate without prior permission from PSA; live with one parent only; maintain or actively seek employment and provide proof to Pretrial Services; avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution; not possess any firearms, ammunition, destructive devices, or other dangerous weapons; not use alcohol; not use or possess illegal drugs; participate in mental health evaluation, and/or counseling and/or treatment as directed by Pretrial Services. You shall pay all or part of the cots based upon your ability to pay as determined by PSA. Defendant remanded to the custody or currently in the custody of the US Marshal Defense argues for bail, Granted. Rule 20 Hearing set for 10/17/2006 at 11:00 AM before Magistrate Judge Patrick J. Walsh. Tape #: 06-47. (ca) (Entered: 10/16/2006) |
| 10/06/2006 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Lanika Mercedes Franklin. (ca) (Entered: 10/16/2006) |
| 10/06/2006 | 6 | ABSTRACT OF COURT PROCEEDING Issued by Judge Patrick J. Walsh as to Lanika Mercedes Franklin. Ordered that the defendant be given a medical examination and/or treatment within 24 hours relating to heart mumur. (ca ) (Entered: 10/16/2006) |
| 10/06/2006 | 7 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Lanika Mercedes Franklin. (ca) (Entered: 10/16/2006) |
| 10/13/2006 | 8 | ABSTRACT OF COURT PROCEEDINGS Returned Executed as to Lanika Mercedes Franklin Abstract received on 10/10/06. The aforementioned order was complied with on 10/10/06. (ca ) (Entered: 10/17/2006) |
| 10/17/2006 | 9 | MINUTES OF RULE 5(c)(3) REMOVAL/ARRIVAL OF PROCESS HEARING held |

| | | |
|---|---|---|
| | | before Magistrate Judge Patrick J. Walsh. Rule 20 Hearing continued to 10/24/2006 at 11:00 AM before Magistrate Judge Patrick J. Walsh. Tape #: 06-50 (4322-4991). (ca ) (Entered: 10/18/2006) |
| 10/17/2006 | 10 | ABSTRACT OF COURT PROCEEDING Issued by Judge Patrick J. Walsh as to Lanika Mercedes Franklin. Ordered that the defendant be provided with a medical examination and/or medical treatment for previous doctor prescribed propranoco (20 mg). (ca ) (Entered: 10/18/2006) |
| 10/24/2006 | 11 | MINUTES OF RULE 5(c)(3) REMOVAL/ARRIVAL OF PROCESS HEARING held before Magistrate Judge Patrick J. Walsh. Witness(es) called, sworn and testified. Exhibits are marked and admitted. Court finds defendant to be the person. Court orders defendant held to answer to Washington, D.C. Final Commitment and Warrant of Removal to issue. Tape #: 06-51. (ca ) (Entered: 10/27/2006) |
| 10/24/2006 | 12 | LIST OF EXHIBITS AND WITNESSES at trial as to Lanika Mercedes Franklin. (ca) (Entered: 10/27/2006) |
| 10/25/2006 | 13 | FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge Patrick J. Walsh that Defendant Lanika Mercedes Franklin be removed to the Washington, D.C. (ca) (Entered: 10/27/2006) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,
                          Plaintiff,
          v.

LANIKA MERCEDES FRANKLIN
                          Defendant.

CASE NUMBER
CR 06-227-1
06-1761M

FINAL COMMITMENT AND WARRANT OF REMOVAL TO

_____District_____ OF _Columbia_

AT_____Washington_____
              (City)

**TO:    UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐  filing of a complaint before a U.S. Magistrate Judge
☐  an indictment by a Grand Jury
■  a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about in the District of Origin, the defendant did:

in violation of Title(s) _21_, U.S.C., Section(s) 846; 841(a)(1) and 841(b)(1)(A)(iv); 841(a)(1) and 841(b)(1)(A)(iv); 841(a)(1) and 841(b)(1)(B)(iv); 853; and 18: U.S.C. Section 2.

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE; UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE; UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE; UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE; CRIMINAL FORFEITURE; AIDING AND ABETTING

The defendant has now:

☐  duly waived arrival of process and identity hearing on _____

☐  duly waived preliminary examination before me on _____

☐  had a hearing before me on _____
    believe that the offense so charged has been committed and that the defendant has committed it.

■  had a hearing before me on ____10/24/06____ and it appears that the defendant is the person named as charged, and

    ■    BAIL HAS BEEN SET AT $175,000 BUT HAS NOT BEEN POSTED.
    ☐    NO BAIL HAS BEEN SET.
    ☐    PERMANENT DETENTION HAS BEEN ORDERED.
    ☐    TEMPORARY DETENTION HAS BEEN ORDERED.

DATED:   10/25/06 _____

_Patrick J. Walsh_
UNITED STATES MAGISTRATE JUDGE
PATRICK J. WALSH

OCT 3 0 2006
I hereby attest and certify on that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
Clerk, U.S. District Court
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy

DOCKETED ON CM
0109
OCT 27 2006
BY___ 015

⑬

---

**RETURN**

Received this commitment and designated prisoner on _____ and on _____,

committed him to _____ and left with the custodian at the same time a certified

copy of the within temporary commitment.    UNITED STATES MARSHAL
                                             CENTRAL DISTRICT OF CALIFORNIA

DATED:_____    By_____, Deputy

M15 (08/99)          FINAL COMMITMENT AND WARRANT OF REMOVAL

CR06-227

## LIST OF EXHIBITS AND WITNESSES

| Case Number | 06-1761M | Title | USA v. Lanika M. Franklin |
|---|---|---|---|

| Judge | Patrick J. Walsh |
|---|---|

| Dates of Trial or Hearing | 10/24/06 |
|---|---|

| Court Reporters or Tape No. | 06-51 (1697-3785    ) |
|---|---|

| Deputy Clerks | Isabel Martinez |
|---|---|

FILED
CLERK, U.S. DISTRICT COURT

OCT 24 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Peggen Rhyne AUSA | Michael Schaffer DFPD |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Allen Lee F.B.I. Special Agent | Pltf |
| A | ✓ | ✓ | | | | Driver's License of Lanika Mercedes Franklin | |
| | | | | | | | |

I hereby attest and certify on OCT 30 2006
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0109

DOCKETED ON CM

OCT 27 2006

BY _____ 015

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RECORD OF PROCEEDINGS    CR 06-227-10
( 1697 - 3785 )

Case No. 06-1761 M          Tape No. 06-51    Date: 10/24/06

Present: The Honorable Patrick J. Walsh , U.S. Magistrate Judge

Ashlee Martin    Peggen Rhyne
___Deputy Clerk___    ___Assistant U.S. Attorney___    ___Interpreter___

USA v. Lanitra M. Franklin    Attorney Present for Defendant: Michael Schaffler

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present    ☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

## PROCEEDINGS: ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING

☐ Process  ☐ received  ☐ not received
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____

☐ Defendant executes waiver of removal hearing and is ordered **HELD TO ANSWER** to the U.S. District Court,
_____ District of _____ at _____

☐ Court orders U.S. Marshal to return the defendant to the U. S. District Court _____ District
of _____ at _____

☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____ 20__
☐ Bond to be transferred if bail is posted.          OCT 3 0 2006
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court LOS
   ANGELES.
☐ Other: _____

that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy

0109

## PROCEEDINGS: IDENTITY OR REMOVAL HEARING

☑ Witness(es) called, sworn and testified - see separate witness list.
☑ Exhibits are marked and admitted - see separate exhibit list.

## RULING:

☑ Court finds defendant ☑ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information
   ☐ Complaint and ORDERS the defendant **HELD TO ANSWER** to the U.S. District Court, _____
   District of _____ at _____
☐ Court finds ☐ probable cause ☐ no probable cause and orders the defendant returned to the originating district and
   ORDERS proceedings terminated in this district.
☑ Court ORDERS the U.S. Marshal to return the defendant to U.S. District Court, _____
   District of Washington, D.C. at _____
☑ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____
☐ Bond to be transferred if bail is posted.          20__
☐ Other: _____                                   OCT 27 2006

DOCKETED ON CM

BY _____    015

cc:  Blue copy - AUSA          Yellow copy - Defendant          Pink copy - PSA

M-50 (02/01)    RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS/ FAILURE TO APPEAR - I.D. HEARING

P-Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                          PLAINTIFF

*Lanika Mercedes Franklin*   DEFENDANT.

CASE NUMBER   CR 06-227-10

06-1761M

**ABSTRACT OF COURT PROCEEDING**

TO:   UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable ___Walsh___

☐ United States District Judge  ☑ United States Magistrate Judge, has this date ☑ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
☐ forthwith                    ☐ as soon as possible              ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☑ Provided with a medical examination and/or medical treatment for *Previous doctor prescribed*
A report regarding this examination/treatment is to be submitted to the court on or before *Propranolol 20 mg*

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to
the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or
before_____

☐ Other _____

DOCKETED ON CM

OCT 18 2006

BY ___ 015

Dated: 10/17/06

CLERK U.S. DISTRICT COURT

By *Isabel Martik*
              Deputy Clerk                    (10)

**RETURN TO CLERK'S OFFICE**   OCT 30 2006

☐ Western Division-Los Angeles      ☐ Southern Division-Santa Ana      ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons

I hereby attest and certify on
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

0109

_____     _____     _____
Name (Print)                         Title                    Signature

cc: ☒ *MDC*, ☒ *Cell block*

CR-53 (12/03)                    ABSTRACT OF COURT PROCEEDING

P SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CR 06-227-10

UNITED STATES OF AMERICA,

PLAINTIFF

v.

*Lanika Mercedes Franklin*

DEFENDANT.

☐ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL
CASE NUMBER: 06-1761-M
☐ COMPLAINT  ☐ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT  ☐ INFORMATION
☐ SUMMONS  ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: _____
VIOLATION: _____
DATE: 10/17/06   TIME: _____
TAPE NUMBER: 06-50(4322-A991)

PROCEEDINGS HELD BEFORE UNITED STATES
MAGISTRATE JUDGE _Walsh_

CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE

PRESENT: _Isabel Martine_ / _Eileen Chyne_ / _____
Deputy Clerk              Assistant U.S. Attorney              Interpreter / Language

☐ Defendant informed of charge and right to:  remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☐ preliminary hearing  OR  ☐ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: _Michael Schafler_  ☐ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
    Ordered (see separate order)  ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained  ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**  ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
    setting of further proceedings.
☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for
    the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☐ Defendant executed Waiver of Rights.  ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed
        until _____
☑ Case continued to (Date) _10/24/06_  (Time) _11:00_ ☑ AM / ☐ PM
    Type of Hearing: _R-40_  Before Judge _Walsh_ / ☐ Duty Magistrate Judge.
    Proceedings will be held in the ☐ Duty Courtroom  ☑ Judge's Courtroom _A_
☐ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
    RELEASE ORDER NO: _____
☐ Other: _____

OCT 30 2006

OCT 18 2006
RECEIVED CM

☐ PSA
cc: AUSA, Defendant's counsel
    ☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT

RECEIVED BY
Deputy Clerk Initials    /5   015

ORIGINAL -WHITE COPY     PINK- PSA CLERK     YELLOW- STATS     GREEN- CRD

M-5 (11/04) _further_  CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE     Page 1 of 1

_____ Deputy

0109

P-Send

43917-11  2006 OCT 13 PM 3: 22

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

(9N)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    CASE NUMBER    CR 06-227-10
                    PLAINTIFF                 06-1761 M

v.

Lanika Mercedes
Franklin                DEFENDANT.    **ABSTRACT OF COURT PROCEEDING**

TO:    UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:   MDC

You are hereby notified that the Honorable _____
☐ United States District Judge  ☑ United States Magistrate Judge, has this date ☐ ordered  ☐ recommended that the above-named
federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
        ☐ forthwith        ☐ as soon as possible        ☐ as requested, at suitable times

☐ Allowed social visits        ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____
☑ Provided with a medical examination and/or medical treatment for ✓ in 24 hrs relative
A report regarding this examination/treatment is to be submitted to the court on or before ____ to heart trauma

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to
the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or
before_____

☐ Other _____

                                        CLERK U.S. DISTRICT COURT
Dated: 10/6/06                          By: Isabel Martine
                                            Deputy Clerk

---

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on  10/10/06                              DOCKETED ON CM

☒ The aforementioned order(s) were or will be complied with on:  10/10/06     OCT 17 2006

☐ The aforementioned order(s) were not complied with for the following reasons: _____   BY ____  015

Linda T. McEwen          Associate Warden          [Signature]
Name (Print)      OCT 30 2006      Title                    Signature

cc: ☒ MDC, ☐ _____ and certify on _____
CR-53 (12/03) and correct copy of the original on file in    **ABSTRACT OF COURT PROCEEDING**
my office, and in my legal custody.
                                                        GPO U.S. GPO: 2005-765-503/39157
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

        Deputy

1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   BAYRON T. GILCHRIST (Cal. Bar No. 212393)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California  90012
        Telephone: (213) 894-3152
7       Facsimile: (213) 894-0141
        E-mail: bayron.t.gilchrist@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10

11              UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

                                    CR06-227-10 (RBW)
13  UNITED STATES OF AMERICA,    )  Case No. 06 - 1761 M
                                 )
14            Plaintiff,         )
                                 )
15                               )  GOVERNMENT'S NOTICE OF REQUEST
          v.                     )  FOR DETENTION
16                               )
   Lanika Mercedes Franklin      )
17            Defendant.         )
                                 )
18  _____ )

19          Plaintiff, United States of America, by and through its

20  counsel of record, hereby requests detention of defendant and gives

21  notice of the following material factors:

22  ____  1.   Temporary 10-day Detention Requested (§ 3142(d))

23             on the following grounds:

24  ____  a.  offense committed while defendant was on release

25             pending (felony trial), (sentencing) (appeal) or

26             on (probation) (parole);

27  ____  b.  alien not lawfully admitted for permanent

28             residence;

1          _____   c.  flight risk;

2          _____   d.  danger to community.

3    X     2.   <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

4               <u>condition or combination of conditions will</u>

5               <u>reasonably assure against</u>:

6          X    a.  danger to any other person or the community;

7          X    b.  flight.

8    _____ 3.   <u>Detention Requested Pending Supervised</u>

9               <u>Release/Probation Revocation Hearing (Rules</u>

10              <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

11         _____ a. Defendant cannot establish by clear and

12              convincing evidence that he/she will not pose a

13              danger to any other person or to the community;

14         _____ b. Defendant cannot establish by clear and

15              convincing evidence that he/she will not flee.

16   X     4.   <u>Presumptions Applicable to Pretrial Detention (18</u>

17              <u>U.S.C. § 3142(e))</u>:

18         X    a.  Title 21 or Maritime Drug Law Enforcement Act

19              ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

20              with 10-year or greater maximum penalty

21              (presumption of danger to community and flight

22              risk);

23         _____ b.  offense under 18 U.S.C. § 924(c) (firearm

24              used/carried/possessed during/in relation to/in

25              furtherance of crime), § 956(a), or § 2332b

26              (presumption of danger to community and flight

27              risk);

28

        c.  offense involving a minor victim under 18 U.S.C.

           §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

           2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

           2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

           (presumption of danger to community and flight

           risk);

        d.  defendant currently charged with (I) crime of

           violence, (II) offense with maximum sentence of

           life imprisonment or death, (III) Title 21 or

           MDLEA offense with 10-year or greater maximum

           sentence, or (IV) any felony if defendant

           previously convicted of two or more offenses

           described in I, II, or III, or two or more state

           or local offenses that would qualify under I, II,

           or III if federal jurisdiction were present, or a

           combination of such offenses, AND defendant was

           previously convicted of a crime listed in I, II,

           or III committed while on release pending trial,

           AND the current offense was committed within five

           years of conviction or release from prison on the

           above-described previous conviction (presumption

           of danger to community).

5.  <u>Government Is Entitled to Detention Hearing</u>

   <u>Under § 3142(f) If the Case Involves</u>:

        a.  a crime of violence (as defined in 18 U.S.C.

           § 3156(a)(4)) or Federal crime of terrorism (as

           defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

1                        maximum sentence is 10 years' imprisonment or

2                        more;

3    \_\_\_\_ b. an offense for which maximum sentence is life

4                imprisonment or death;

5    X   c. Title 21 or MDLEA offense for which maximum

6                sentence is 10 years' imprisonment or more;

7    \_\_\_\_ d. instant offense is a felony and defendant has two

8                or more convictions for a crime set forth in a-c

9                above or for an offense under state or local law

10               that would qualify under a, b, or c if federal

11               jurisdiction were present, or a combination or

12               such offenses;

13    \_\_\_\_ e. any felony not otherwise a crime of violence that

14               involves a minor victim or the possession or use

15               of a firearm or destructive device (as defined in

16               18 U.S.C. § 921), or any other dangerous weapon,

17               or involves a failure to register under 18 U.S.C.

18               § 2250;

19    X  f. serious risk defendant will flee;

20    \_\_\_\_ g. serious risk defendant will (obstruct or attempt

21               to obstruct justice) or (threaten, injure, or

22               intimidate prospective witness or juror, or

23               attempt to do so).

24    \_\_\_\_ 6. Government requests continuance of \_\_\_\_ days for

25         detention hearing under § 3142(f) and based upon the

26         following reason(s):

27

28

1

2

3  _____    7.    Good cause for continuance in excess of three days

4              exists in that:

5

6

7

8

9  DATED:    10/6/06                      Respectfully submitted,

10                                        DEBRA WONG YANG
                                          United States Attorney

11

12                                        THOMAS P. O'BRIEN
                                          Assistant United States Attorney
                                          Chief, Criminal Division

13

14                                        _____
                                          BAYRON T. GILCHRIST

15                                        Assistant United States Attorney

16                                        Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

P-Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                        PLAINTIFF

CASE NUMBER _CR 06-227 M_

_06-1761 M_

v.

_Lanika Mercedes_
_Franklin_          DEFENDANT.

**ABSTRACT OF COURT PROCEEDING**

TO:    **UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable _Walsh_

☐ United States District Judge   ☒ United States Magistrate Judge, has this date  ☐ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social  ☐ _____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith                    ☐ as soon as possible           ☐ as requested, at suitable times

☐ Allowed social visits           ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for _w/in 24 hrs. relating_
A report regarding this examination/treatment is to be submitted to the court on or before _to heart murmur_

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

DOCKETED ON CM
OCT 16 2006
BY _____ 015

Dated: _10/6/06_

CLERK U.S. DISTRICT COURT

By: _Isabel Martinez_

Deputy Clerk

---

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles      ☐ Southern Division-Santa Ana      ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy

OCT 30 2006

0109

|  Name (Print)  |  Title  |  Signature  |

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)                    ABSTRACT OF COURT PROCEEDING                    GPO: U.S. GPO: 2005-785-503/39157

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA | CASE NUMBER: | CR 06-227-10 (RBW) |
| PLAINTIFF(S), | | 06-1761M |
| v. | | |
| Lanika Mercedes Franklin | | **NOTICE RE: DOCUMENT** |
| | | **WITHHELD FROM CASE FILE** |
| DEFENDANT(S). | | |

On _____October 6, 2006_____ a document entitled

NFPV Document

was filed in this Court.

Because of the nature of said documents, or the exhibits attached thereto, the same has been withheld from the case file and has been placed in a restricted area. (The docket clerk will select the appropriate box)

☑     Not for Public View document (pursuant to Judicial Conference Policy)
☐     Sealed document
☐     Special Handling required document (non-sealed attachments)

If the document is needed for any purpose, it may be obtained by contacting the Exhibit Custodian.

Clerk, U. S. District Court

October 16, 2006
Date

OCT 3 0 2006

Celia Reed
Deputy Clerk

I hereby attest and certify on
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
Deputy

⑤

G-24 (12/05)      NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE

0109

I hereby attest and certify ~~OCT 3 0 2006~~
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

**P SEND**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA** CR 06-227-10 (RBW)

_____ Deputy

UNITED STATES OF AMERICA,
CENTRAL DISTRICT OF CALIFORNIA,                     PLAINTIFF

v.                                              0169

LANIKA Mercedes
FRANKLIN  DEFENDANT.

☑ LA  ☐ RS  ☐ SA        ☐ **UNDER SEAL**
CASE NUMBER: M J 06 - 1761
☐ COMPLAINT  ☑ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT  ☑ INFORMATION
☐ SUMMONS  ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 10-6-06
VIOLATION: 21: 84l(a)(1) + (b)(1)(A)(iv):
21: 84l(b)(1)(B)(iv) :853: :18:2
DATE: 10-6-06  TIME: 2:00 pm
TAPE NUMBER: 06-47

| **PROCEEDINGS HELD BEFORE UNITED STATES** | **CALENDAR/PROCEEDINGS SHEET** |
|---|---|
| **MAGISTRATE JUDGE** Walsh | **LOCAL/OUT-OF-DISTRICT CASE** |

PRESENT: Isabel Martinez  Ban Gilchrist  N/A
_____Deputy Clerk_____  _____Assistant U.S. Attorney_____  _____Interpreter / Language_____

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Michael Schafler ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☐ Special appearance by: _____
☑ Government's request for detention is: ☐ GRANTED ☑ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
☑ BAIL FIXED AT $ 175,000  **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**  ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
   setting of further proceedings.
☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for
   the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed
      until _____.
☑ Case continued to (Date) 10/17/06 (Time) 11:00 ☑ AM / ☐ PM
   Type of Hearing: P-20 Hrg. Before Judge Walsh /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom ☑ Judge's Courtroom A
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
RELEASE ORDER NO: _____
☑ Other: Def. argues for bail: Granted.

☐ PSA  ☐ FINANCIAL  ☐ READY  Deputy Clerk Initials _____
cc: AUSA, Defendant's counsel
   ☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO  : IO
   ORIGINAL -WHITE COPY  PINK- PIA CLERK  YELLOW- STATS  GREEN- CRD

DOCKETED ON CM
OCT 1 6 2006
BY ___ 015

M-5 (11/04)  CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE  Page 1 of 1
G-20  U.S. GPO: 2005-785-864/39188

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: |
|---|---|

v.

LANIKA Mencedes Franklin

Defendant/Material Witness.

COMPLAINT: MJ 06-1761

VIOLATION OF TITLE: 21; 18

INDICTMENT / INFORMATION:

SECTION: 846 ; 8411(a)(1) + (b)(1)(A)(i)
8411(a)(1) + (b)(1)(A)(iv) ; 8411(a)(1) +
(b)(1)(B)(iv) ; 853 : 2

RELEASE No.

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $
☑ APPEARANCE BOND IN THE AMOUNT OF $ 175,000
  ☐ WITH CASH DEPOSIT (AMOUNT OR %)
  ☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)

☐ RELEASE TO PRETRIAL ONLY
☐ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND
SHALL BE MET AND BOND
POSTED BY: _____
            *Date*

☑ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)

*dads property*

☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $
☐ ADDITIONAL REQUIREMENTS:
☑ BAIL FIXED BY COURT _____ *θι*

☐ ALL REQUIREMENTS HAVE BEEN MET: _____

*Deputy Clerk*                                         *Deputy Clerk*

### PRE-CONDITIONS TO RELEASE

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  ☐ The Nebbia hearing can be waived by the government.

### ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☑ Defendant shall submit to: ☑ Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☑ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☑ Travel is restricted to: CD/CA *& District of Columbia*
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without  Court permission. *live w/ one parent only*
☑ Reside as approved by PSA and do not relocate without prior permission from PSA.
☑ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☑ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☑ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit  to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☑ Not use alcohol.
☑ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA.  You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only.
☑ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based  upon your ability to pay as determined by PSA.

Defendant Initials L  T      Date 10·06·06

ORIGINAL - YELLOW COPY         PINK- PRETRIAL SERVICES         WHITE - DEFENDANT COPY

UNITED STATES DIST    T COURT FOR THE CENTRAL DISTR    T OF CALIFORNIA

LAniKA Mencedes
Franklin

(Defendant/Material Witness.)

CASE NUMBER:

MJ 06 - 1761

☐ Participate in one of the following home confinement program components and abide by all requirements of the program, which [ ] will or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
   [ ] **Release to PSA only.**

[ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**

[ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☐ Other conditions: _____
_____

10-06-06
**Date**

Lanika Franklin
**Defendant/Material Witness' Signature**

_____
**Telephone Number**

_____
**City, State And Zip Code**

☐ **Check if interpreter is used:** I have interpreted into the_____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____        _____
**Interpreter's signature**                               **Date**

Approved: _____        _____
        **United States District Judge / Magistrate Judge**                **Date**

If Cash Deposited: Receipt # _____        For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY                    PINK- PRETRIAL SERVICES                    WHITE - DEFENDANT COPY

UNITED STATES OF AMERICA

v.

DARNELL ANTHONY JACKSON

2006 OCT -6 AM 10: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

| DOCKET NO: | MAGIS. NO: |
|---|---|
| 0 6 - 2 2 7 - 10 | |

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Lanika Mercedes Franklin

0 6 - 1 7 6 1 M

| DOB: | PDID: | 2Y |
|---|---|---|

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
|---|---|---|

| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | | |
|---|---|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| JUDGE URBINA | U.S. DISTRICT COURT JUDGE URBINA | 7/27/06 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | | DOCKETED ON CM |

**RETURN**

OCT 1 6 2006

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | 015 |
|---|---|---|---|
| DATE EXECUTED | | | |
| HIDTA CASE: Yes No X | | OCDETF CASE: Yes No X | |

3

CR 06-227

FILED

2006 OCT -6  AM 10: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>LANIKA Mercedes Franklin<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**06-1761M**<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest  10-6-2006    6:15 AM    ☒ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    T21, 846 841, 853

3.  Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4.  U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

5.  Year of Birth:  1986

6.  The defendant is: ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

    OCT 3 0 2006
    I hereby attest and certify on
    that the foregoing document is a full, true
    and correct copy of the original on file in
    my office, and in my legal custody.

    CLERK, U.S. DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
    By _____ Deputy

7.  Place of detention (if out-of-district):  MDC

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges.  (Docket/Case No.) _____

10. Name of Pretrial Services Officer:  Duty

11. Remarks (if any): _____

12. Date:  10-6-2006              13. Signature:  Alan Lee

14. Name:  ALAN LEE              15. Title:  FBI Special Agent

DOCKETED ON CM
OCT 1 6 2006
BY _____

0109

FILED

CR 06-227-RBW

2006 OCT -6 AM 10: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| U S | | 06-06-1976 M |
| | PLAINTIFF(S) | |
| v. | | |
| ~~DEF~~ LAViKA Mercedes Franklin | | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |
| | DEFENDANT(S) | |

The above-named defendant was charged by: **Indictment**

in the _____ District of **Columbia** on _____

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____

in violation of Title **21** U.S.C., Section(s) **846, 841, 853**

to wit: _____

A warrant for defendant's arrest was issued by: **District of Columbia - Judge URBiNA**

Bond of $_____ was ☐ set / ☐ recommended *hereby attest and certify on OCT 30 2006 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.*

Type of Bond: *CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA*

Relevant document(s) on hand (attach): _____ Deputy

I swear that the foregoing is true and correct to the best of my knowledge. OCT 0 6 2006    0109

Sworn to before me, and subscribed in my presence on _____, by

_____ **ROSALIND TYUS-SIMON** _____, Deputy Clerk.

_____ _Alan Lee_
Signature of Agent                    Print Name of Agent

_FBI_ _Special Agent_
Agency                    Title

DOCKETED ON CM
OCT 16 2006
BY 015