**WARRANT FOR ARREST**

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA *Un-SEALED* | DOCKET NO: 06-227-10 | MAGIS. NO: |
| V.<br>DARNELL ANTHONY JACKSON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Lanika Mercedes Franklin<br>**FILED**<br>NOV 07 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: JUDGE URBINA | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. DISTRICT COURT JUDGE URBINA | DATE ISSUED: 7/27/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 7/27/06 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 7-27-06 | NAME AND TITLE OF ARRESTING OFFICER DAVID BALDWIN | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE EXECUTED 11-07-06 | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |