UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 06-227 (RBW) |
| | : | |
| LANIKA FRANKLIN | : | |

NOTICE OF APPEARANCE

      Pursuant to the provisions of LCrR 44.5, Gary M. Sidell, counsel for defendant Lanika Franklin, hereby enters his appearance in this case.

                                        _____/s_____
                                        Gary M. Sidell
                                        1101 Connecticut Ave., NW
                                        Suite 1000
                                        Washington, D.C. 20036
                                        202-783-0060
                                        D.C. Bar No. 961847
                                        Email: suitcase@erols.com