UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Criminal No. 06-227 (RBW) |
| | : |
| v. | : |
| | : |
| **LANIKA MERCEDES FRANKLIN** | : |
| | : |

ORDER

The Government having filed a motion to exclude time under the Speedy Trial Act, the Court hereby makes the following findings:

1.  Additional time is necessary for the defense counsel to review the evidence, to determine the appropriate motions to be filed, if any, and to fully prepare the defense for trial. The Court finds further that, without such additional time, defense counsel would not be able to effectively represent their respective clients at trial.

2.  Based on the quantity of evidence, the Court finds that this case is "complex" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii), and that it is unreasonable to expect adequate preparation for pretrial proceedings, and for the trial itself, within the time limits established by the Speedy Trial Act.

3.  Regardless of whether this case is "complex", based upon the quantity of evidence, the Court finds that, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), the failure to provide additional time would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.      Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

THEREFORE, it is this _____ day of _____, 2006, hereby

ORDERED, that, in accordance with 18 U.S.C. §§ 3161 (h)(8)A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), the period of time from December 23, 2006, 2006, and March 29, 2007 (95 days), shall be excluded from the computation of time within which to commence trial against Defendant Lanika Mercedes Franklin.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT

Copies to:

Howard Bernard Katzoff, Esq.
Counsel for Defendant Lawrence Bryant

Jensen Barber, Esq.
Counsel for Defendant Keith Roots

James W. Rudasill, Jr., Esq.
Counsel for Defendant John Downs

Gary Sidell, Esq.
Counsel for Defendant Lanika Mercedes Franklin

Nathan Silver, Esq.
Counsel for Defendant Darnell Jackson

Harry Tun, Esq.
Counsel for Defendant Troy Chavious

Rudy Acree, Esq.
Counsel for Defendant Bernie Hargrove