UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 06-227 (RBW) |
| | : | |
| LANIKA FRANKLIN | : | |

NOTICE OF FILING

Counsel submits with this Notice of Filing a proposed Order authorizing Interim Payments to both counsel and their investigators, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, et seq.

Respectfully submitted,

_____
Gary M. Sidell
1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
D.C. Bar # 961847
202-783-0060
Attorney for Lanika Franklin

CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served on all parties to this case by ECF this 6th day of February, 2007.

_____
Gary M. Sidell