UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 06-227 (RBW) |
| | : | |
| DARNELL ANTHONY JACKSON, et al., | : | Status Hearing: 3-9-07 |
| (LANIKA FRANKLIN) | | |

O R D E R

      Because of the expected length and complexity of the proceedings in the above captioned matter, see, docket numbers 49 and 68 (Orders granting government motions for exclusion of time due to the complexity of the case, the vast amount of evidentiary material and the lengthy period of time necessary for the parties to prepare for trial), Criminal Justice Act ("CJA") counsel and his/her investigators may use the following procedures to obtain interim payments during the course of their representation:

      Counsel, and/or his/her investigator, may submit to the Office of the Federal Public Defender, periodically, an interim CJA form 20 setting forth an itemization of compensation earned and reimbursable expenses incurred.

      The Court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00 for counsel, and up to a total of $1,600.00 for his/her investigator, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim vouchers, or any subsequent interim vouchers, cumulatively seek hourly compensation exceeding the $7,000.00 CJA per case ceiling for counsel, or $1,600.00 per case for his/her investigator (excluding

reimbursement sought for expenses), these vouchers must be approved by both this Court and the Chief Judge of the Circuit, or his designee, before disbursement can be made. Twenty (20%) percent of the out-of-court compensation approved for each voucher shall be withheld until the final accounting. At the conclusion of the representation, counsel and his/her investigator shall submit a final voucher seeking payment of the twenty (20%) percent balance withheld from the earlier interim vouchers.

   After the review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit each to the Chief Judge of the Circuit, or his designee, for review and approval.

_____        _____
Date                  REGGIE B. WALTON, Judge
                      United States District Court


_____        _____
Date                  JANICE ROGERS BROWN, Circuit Judge
                      United States Court of Appeals for the
                        District of Columbia Circuit


Copies to:

All parties of record

Ms. Erika Freeman
Panel Administrator
Office of the Federal Public Defender
625 Indiana Ave., NW
Suite 550
Washington, D.C. 20004