UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
            V.                     :        Criminal N0. 06-227(RBW)
                                   :
LANIKA FRANKLIN                    :


NOTICE OF CHANGE OF ADDRESS


Effective Monday, July 30, 2007, please be advised that counsel's office address will

become the following:

1776 K Street, NW
Suite 800
Washington, D.C. 20006

Telephone and facsimile numbers will remain the same as will the email address.

Respectfully submitted,


_____
Gary M. Sidell
1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
D.C. Bar No. 961847
202-783-0060
202-331-9666 (facsimile)
suitcase@erols.com