UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED
SEP 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 06-227

U.S.A. vs. **Lanika Mercedes Franklin**          Docket No.: 1:~~97cr039-01~~

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office that the conditions of supervision be modified to require the defendant to participate in, and successfully complete, a residential and/or outpatient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the Probation Office.

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

   ☐ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

   ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____

_____
Reggie B. Walton
United States District Judge

8/29/08
Date