PROB 49
(3/89)

FILED
SEP - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ District \_\_\_\_of Columbia\_\_\_\_    06-227

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. You shall refrain from using illicit drugs and from abusing prescription medication and alcohol during the period of supervision. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583(d). As directed by the Probation Officer, you shall pay all or part of the costs of treating your drug and alcohol dependency to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. You shall provide payment and proof of payment as directed by the Probation Officer.

Witness \_\_\_\_\_[signature]\_\_\_\_\_    Signed \_\_\_\_\_[signature]\_\_\_\_\_
    U.S. Probation Officer        Probationer or Supervised Releasee

\_\_\_\_\_7/23/08\_\_\_\_\_
Date